IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL E. HEGARTY

| | |
|---|---|
| **Civil Action No.** 08-cv-01093-REB-MEH | **FTR** – Courtroom C203 |
| **Date:** September 19, 2008 | Cathy Coomes, Courtroom Deputy |

| | |
|---|---|
| JAMA PARKER, | Richard Hood |
| | Douglas Kreis (by telephone) |
| Plaintiff, | |
| v. | |
| STRYKER CORPORATION and | Maureen Witt |
| HOWMEDICA OSTEONICS CORPORATION, | Daniel Harpole |
| d/b/a Stryker Orthopaedics, | Kim Catullo (by telephone) |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC STATUS CONFERENCE/MOTION HEARING**

**Court in session:** 9:16 a.m.

Court calls case. Appearances of counsel.

Discussion and argument regarding Defendants' Motion to Vacate Scheduling Conference and Stay Discovery (Doc. #23, filed 9/15/08).

Discussion regarding Plaintiff's oral motion to strike Defendants' Motion to Dismiss.

**ORDERED:** Defendants' Motion to Vacate Scheduling Conference and Stay Discovery (Doc. #23, filed 9/15/08) is GRANTED as to vacating the Scheduling Conference. The Scheduling Conference has been converted to a Status Conference and Motion Hearing. As to the stay of discovery, **the Court takes that portion of the motion under advisement.**

**Court in recess:** 9:39 a.m.     (Hearing concluded)
Total time in court:   0:23